

# NUMBER 13-25-00632-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

FRANCISCO RAMIREZ,                                         **Appellant,**

**v.**

DEA SPECIALTIES II, L.L.C.,                             **Appellee.**

## ON APPEAL FROM THE 444TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

On November 14, 2025, appellant Francisco Ramirez filed a pro se notice of appeal regarding a summary judgment rendered in trial court cause number 2023-DCL-05532 in the 444th District Court of Cameron County, Texas. On November 26, 2025, the Clerk of the Court requested appellant to pay the $205.00 filing fee for the notice of appeal

within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE ANN. § 51.207 (delineating the required fees and costs in an appellate court). On January 12, 2026, the Clerk of the Court notified appellant that he was delinquent in submitting the filing fee for the appeal and informed him that the appeal would be dismissed if the filing fee was not paid within ten days from the date of the notice. *See* TEX. R. APP. P. 42.3(c). To date, appellant has failed to pay the filing fee for the notice of appeal or otherwise respond to the Clerk's notice.

The Court, having examined and fully considered the foregoing events, is of the opinion that this appeal should be dismissed. Specifically, this Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellant has not paid the appellate filing fee. *See* TEX. R. APP. P. 5; TEX. GOV'T CODE ANN. § 51.207. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

YSMAEL D. FONSECA
Justice

Delivered and filed on the
5th day of March, 2026.

2